**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| **IN RE:**<br>Teresa Napier Butts<br>P.O. Box 142<br>Haddock, GA  31033 | **CHAPTER 13**<br><br>**Case Number:** 12-52222-AEC<br><br>**ATTORNEY:**  JASON M. ORENSTEIN, PC |

**TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes the Chapter 13 trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $1,180.80 in unclaimed funds on behalf of the above-referenced debtor. The last known address for the creditor is as follows:

VERIZON WIRELESS
BANKRUPTCY ADMINISTRATION
500 TECHNOLOGY DR STE 550
WELDON SPRING, MO 63304


**DATED:** March 17, 2016

/s/ Camille Hope
_____
**Camille Hope, Trustee**
**P.O. Box 954**
**Macon, GA 31202**
**(478) 742-8706**